524 A.2d 490

**ELECTRO-SPACE FABRICATORS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 8, 1987.
Decided April 20, 1987.

Donald LaBarre, Jr., Allentown, for appellant.

Bryan E. Barbin, Harrisburg, Suellen M. Wolfe, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.